IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In re:  
DAVID OWEN BLACKBURN and;  
KIMBERLY LYNN BLACKBURN,  

     Debtors.

Case No. 13-70724-SCS  
Chapter 13

## ORDER SUSTAINING TRUSTEE'S OBJECTION TO CONFIRMATION AMENDED PLAN

THIS MATTER CAME to be heard upon the Objection to Confirmation of the Amended Plan filed May 7, 2013, filed by R. Clinton Stackhouse, Jr., Chapter 13 Trustee (the "Trustee"). Upon the representation of the parties that the matter has been settled; it is hereby

**ORDERED** that the Trustee's Objection to Confirmation of the Amended Plan is **SUSTAINED** and confirmation is **DENIED**. David Owen Blackburn and Kimberly Lynn Blackburn (the "Debtors") shall file a second amended plan on or before July 10, 2013, which shall clearly set forth and provide the joint unsecured creditors at least $28,438.00 or one-hundred percent (100%) of their allowed claims, whichever amount is less.

It is **FURTHER ORDERED** that the second amended plan shall clearly set forth and provide Mr. Blackburn's unsecured creditors at least $9,789.00 or one-hundred percent (100%) of their allowed claims, whichever amount is less.

It is **FURTHER ORDERED** that the second amended plan shall clearly state the proposed treatment of the Wells Fargo/Mrs. Blackburn's father's debt, which was not clear in the amended plan. The Trustee reserves all rights with regard to the second amended plan.

R. Clinton Stackhouse, Jr.  VSB No. 19358  
Chapter 13 Trustee  
7021 Harbour View Blvd., Suite 101  
Suffolk, VA 23435  
(757) 333-4000 -Telephone  
(757) 333-3434 - Facsimile

It is **FURTHER ORDERED** that upon entry of this Order, the Clerk shall forward copies to the parties named on the attached copy list.

Entered at Norfolk _____ day of  Jul 8 2013 _____, 2013.

/s/ Frank J. Santoro
_____

JUDGE

Notice of entry of Order or Judgment  7/9/13 _____

I ASK FOR THIS:

*/s/ R. Clinton Stackhouse, Jr.*
_____
R. Clinton Stackhouse, Jr.
Chapter 13 Trustee


SEEN AND AGREED:

*/s/ Ashley Tucker for Amber L. Quick*
_____
Amber L. Quick, Esquire
Counsel for Debtors








R. Clinton Stackhouse, Jr.  VSB No. 19358
Chapter 13 Trustee
7021 Harbour View Blvd., Suite 101
Suffolk, VA 23435
(757) 333-4000 -Telephone
(757) 333-3434 - Facsimile

## LOCAL RULE 9022-1 CERTIFICATE

      I hereby certify that in accordance with Local Rule 9022-1, this Order has been endorsed by all parties.

                                              */s/ Kelly M. Barnhart for R. Clinton Stackhouse, Jr.*

Copy List:

Amber L. Quick, Esquire
133 Mt. Pleasant Road
Chesapeake, VA 23322

David Owen Blackburn
Kimberly Lynn Blackburn1370724
166 Hill Prince Rd.
Virginia Beach, VA 23462

R. Clinton Stackhouse, Jr.  VSB No. 19358
Chapter 13 Trustee
7021 Harbour View Blvd., Suite 101
Suffolk, VA 23435
(757) 333-4000 -Telephone
(757) 333-3434 - Facsimile